**Order entered April 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00210-CV**

**KIRK LAUNIUS, Appellant**

**V.**

**DIANA FLORES, IN HER OFFICIAL CAPACITY AS PRESIDING OFFICER, CHAIR OF TRUSTEES, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08429**

**ORDER**

Before the Court are appellant's April 12, 2021 motion for an extension of time to file a response to appellee's motion to dismiss the appeal and appellee's response opposing the extension. We **GRANT** the motion and extend the time to **April 30, 2021**.

Also before the Court is appellant's April 12, 2021 agreed motion to permit submission of parts of the clerk's record by stipulation. We **SUSPEND** the

deadline for the clerk's and reporter's record pending resolution of appellee's motion to dismiss the appeal. Accordingly, the Court will take no action on this motion at this time.

We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk; Marcey Poeckes, Official Court Reporter for the 298th Judicial District Court; and, all parties.

/s/ ROBERT D. BURNS, III
    CHIEF JUSTICE